# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  
**Hon. Lisa Margaret Smith**  
United States Magistrate Judge

January 24, 2020

## SCHEDULING NOTICE

The matter of <u>Campodonico v. Wal-Mart Stores East, LP et al.</u>, 18-cv-8606 (LMS), has been scheduled for an in-person status conference before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **Tuesday, February 11, 2020, at 10:15 AM**, **in Courtroom 520.**

*Please note: counsel seeking to reschedule an appearance must have all parties on the line prior to contacting chambers.*

SO ORDERED: /s/ Lisa Margaret Smith  
Hon. Lisa Margaret Smith  
U.S.M.J.