# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  March 4, 2020
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## RE-SCHEDULING NOTICE

The matter of <u>Campodonico v. Wal-Mart Stores East, LP, et al.,</u> 18-cv-8606 (LMS) (LMS), has been *re-scheduled* from a telephonic status conference on Tuesday, March 24, 2020, at 2:15 PM, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, to a telephonic status conference on **Wednesday, March 25, 2020, at 2:15 PM.** Plaintiff's counsel is to have defense counsel on the line when contacting Chambers.

*Please Note: Counsel seeking to reschedule an appearance must have all parties on the line prior to contacting Chambers.*

SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.