UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COSMO CAMPODONICO,

                Plaintiff,

- against –

WAL-MART STORES EAST, LP, et al.,

                Defendants.

18 CV 8606 (LMS)

**ORDER**

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.[1]**

      The Court has received Defendants' motion to hold Samuel Pierre Phillippe in civil contempt and to compel his appearance at a deposition. Docket No. 27. Plaintiff's counsel and Mr. Phillippe are HEREBY ORDERED to respond to Defendants' motion by April 14, 2020. Any potential contempt can be avoided by arranging for deposition by video conference or telephone conference. It is not required for the court reporter to be in the same place as the witness for purposes of such a deposition. Any and all documents, photographs, or other items to be shown to the witness must be pre-marked and provided to all participants in advance of any deposition.

Dated: March 24, 2020
      White Plains, New York

**SO ORDERED,**

*Lisa Margaret Smith*
_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

---

[1] The parties consented to the undersigned's jurisdiction pursuant to 28 U.S.C. § 636(c) on January 23, 2020. ECF No. 23.