UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

Campodonico,

                Plaintiff,                 **ORDER**

     -against-                 18 Civ. 8606 (AEK)

Wal-Mart Stores East, LP et al.,

                Defendants.
--------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The Court has received the parties' joint report regarding the depositions of former Walmart employees Dede Burgado and Samuel Pierre Philippe. ECF No. 45. The parties are directed to provide a joint update about whether they plan to seek Mr. Philippe's deposition or trial testimony by **Friday, April 16**.

Dated: March 31, 2021
       White Plains, New York

                                    **SO ORDERED.**

                                  ANDREW E. KRAUSE
                                United States Magistrate Judge