UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Campodonico,

                Plaintiff,                    **ORDER**

    -against-                          18 Civ. 8606 (AEK)

Wal-Mart Stores East, LP et al.,

                Defendants.
------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This case is now scheduled to proceed to trial, beginning with jury selection on **Thursday, September 9, 2021**. As discussed at the status conference on April 29, 2021, all pretrial submissions, including any additional motions *in limine*, are due on Friday, August 6, 2021. The parties should review the Court's Individual Practices at https://nysd.uscourts.gov/hon-andrew-e-krause for more information on the required pretrial submissions. Responses to any additional motions *in limine* are due on Friday, August 13, 2021. An in-person pretrial conference is scheduled for Wednesday, August 18, 2021, at 10:00 a.m. in Courtroom 521, at the Hon. Charles L. Brieant Federal Building and Courthouse, 300 Quarropas Street, White Plains, NY 10601.

      All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse. On the day you are to arrive at the courthouse, click on the following link: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be

used at the entry device at the courthouse entrance.  If you do not meet the necessary requirements, please contact Chambers at (914) 390-4070.

Dated: June 4, 2021
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge