UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Campodonico,

                Plaintiff,                      **ORDER**

      -against-                     18-cv-8606 (AEK)

Wal-Mart Stores East, LP,

                Defendant.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      As discussed at the status conference on January 24, 2022, by no later than February 22, 2022, Defendant must respond to the follow-up discovery demands made by Plaintiff after the completion of Mr. Philippe's deposition.

      **This deadline will not be extended absent extraordinary circumstances.**

Dated: January 25, 2022
       White Plains, New York

                                                  **SO ORDERED.**

                                      _____
                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge