

# O'CONNOR & O'CONNOR
### ATTORNEYS AT LAW

**7 BAYVIEW AVENUE**
**NORTHPORT, NEW YORK 11768**

| | | |
|---|---|---|
| THOMAS M. O'CONNOR★ | (631) 261-7778 | **Of Counsel** |
| PATRICIA A. O'CONNOR | Fax (631) 261-6411 | CRAIG J. TORTORA |
| | | ROBERT C. POLIZZO, JR. |
| TANYA M. DeMAIO | | MARK R. GUARRIELLO |
| MICHAEL FEINER | | |
| JOSEPH T. O'CONNOR | | |
| RICHARD SHERIDAN | | |
| MAKAYLA McDERMOTT+ | | |
| LAUREN ANGELORO | | |

★ Also Admitted to Connecticut Bar
+ Admitted to Connecticut Bar

January 15, 2025

<u>**VIA ECF**</u>
Honorable Judge Andrew E. Krause U.S.M.J.
300 Quarropas Street
White Plains, New York 10601

    **RE:**     **CAMPODONICO v. WALMART**
             **Docket No.:** 18CV8606
             **Our File No.:** WM 18-291 TO

Dear Honorable Sir:

Enclosed herein please find a proposed Order directing the cancellation and return of the Appeal Bond 107918179 TR# 10471 in the referenced matter for the Court's signature.

Thank you for your courtesy herein.


Respectfully submitted,

O'CONNOR & O'CONNOR, ESQS.


By: Thomas M. O'Connor