UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COSMO CAMPODONICO,

                Plaintiff,                              Civil No. 18-CV-8606 (AEK)

  -against-

WAL-MART STORES EAST, LP,                        **ORDER**

                Defendant.
------------------------------------------------------------------X

THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.

    That defendant, WAL-MART STORES EAST, LP, having submitted Appeal Bond No. 107918179 TR #10471 in the amount of $1,753,067.31 and said Appeal Bond no longer being necessary due to the withdrawal of the defendant's appeal and the settlement evidenced by the filing of the stipulation of voluntary dismissal on November 13, 2023 (Doc. No. 119),

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Appeal Bond fixed in this matter be, and it is hereby cancelled and stricken.

Dated: January 16, 2025
          White Plains, New York

                                                  **SO ORDERED.**

                                                  ANDREW E. KRAUSE
                                                  United States Magistrate